CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>      Plaintiff,<br><br>   v.<br><br>Ann Inc., a Delaware Corporation,<br><br>      Defendants. | **Case:** 5:20-cv-02441-RGK-SP<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Ann Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 28, 2020          CENTER FOR DISABILITY ACCESS


                                  By:_____/s/Amanda Seabock_____
                                  Amanda Seabock, Esq.
                                  Attorneys for Plaintiff

1